OFFICE OF DISCIPLINARY COUNSEL *v.* BADALIAN.

[Cite as Disciplinary Counsel *v.* Badalian (1990), 51 Ohio St. 3d 42.]

(No. 89-2211—Submitted February 21, 1990—Decided May 9, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Charles T. Brown,* for relator.

*Gold, Rotatori, Schwartz & Gibbons Co., L.P.A.,* and *John S. Pyle,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we agree that respondent committed the misconduct found by the board. However, we agree with the recommendation of the panel. Accordingly, we order that respondent be suspended from the practice of law in Ohio for two years. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.